*E-Filed 4/7/11*

1   BRADLEY S. PHILLIPS (State Bar No. 085263)
    MUNGER, TOLLES & OLSON LLP
2   355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560
3   Telephone:     (213) 683-9100
    Facsimile:     (213) 687-3702
4
    MICHELLE FRIEDLAND (State Bar No. 234124)
5   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
6   San Francisco, CA 94105-2907
    Telephone:     (415) 512-4000
7   Facsimile:     (415) 512-4007
8   CHARLES F. ROBINSON (State Bar No. 113197)
    KAREN J. PETRULAKIS (State Bar No. 168732)
9   MARGARET L. WU (State Bar No. 184167)
    OFFICE OF THE GENERAL COUNSEL
10  UNIVERSITY OF CALIFORNIA
    1111 Franklin Street
11  Oakland, CA 94607
    Telephone:     (510) 987-9800
12  Facsimile:     (510) 987-9757
13  Attorneys for Defendants
    MARK G. YUDOF; THE REGENTS OF
14  THE UNIVERSITY OF CALIFORNIA;
    ROBERT J. BIRGENEAU
15
                       UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17

18

19

20  JESSICA FELBER,                          CASE NO.  CV 11-01012 RS

21              Plaintiff,                   [~~PROPOSED~~] ORDER TO
         vs.                                 EXTEND TIME TO RESPOND TO
                                             COMPLAINT, SET BRIEFING
22  MARK G. YUDOF, PRESIDENT OF THE          SCHEDULE, AND POSTPONE
    REGENTS OF THE UNIVERSITY OF             CASE MANAGEMENT
23  CALIFORNIA, et al.,                      CONFERENCE

24              Defendants.                  AS MODIFIED BY COURT
                                             Judge:      Hon. Richard Seeborg
25                                           Dept:       Courtroom 3, 17th Floor

26                                           Complaint Filed:  March 4, 2011

27

28

1    The Court, having considered the Stipulation to Extend Time To Respond to Complaint,

2  Set Briefing Schedule, and Postpone Case Management Pursuant to Local Rule 6-1(a), orders that

3  Defendants shall answer or otherwise respond to the Complaint no later than **May 6, 2011;**

4  Plaintiff shall respond to any motion to dismiss no later than **June 21, 2011**; and Defendants shall

5  file any reply no later than **July 6, 2011**.

6    The hearing on any motion to dismiss shall be held on **Thursday, July 21, 2011, at 1:30**

7  **p.m.** The initial Case Management Conference shall remain on calendar at this juncture, but will

8  be continued by the Court without further action by the parties, if a motion to dismiss is filed.

9  DATED: ____4/6/11_____    _____

10    THE HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28