*E-Filed 5/2/11*

BRADLEY S. PHILLIPS (State Bar No. 085263)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MICHELLE FRIEDLAND (State Bar No. 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4007

CHARLES F. ROBINSON (State Bar No. 113197)
KAREN J. PETRULAKIS (State Bar No. 168732)
MARGARET L. WU (State Bar No. 184167)
OFFICE OF THE GENERAL COUNSEL
UNIVERSITY OF CALIFORNIA
1111 Franklin Street
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendants
MARK G. YUDOF; THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA;
ROBERT J. BIRGENEAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FELBER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK G. YUDOF, PRESIDENT OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | CASE NO.  CV 11-01012 RS<br><br>**[PROPOSED] ORDER TO POSTPONE BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE AND EXTEND PAGE LIMITS**<br><br>Judge:　　Hon. Richard Seeborg<br>Dept:　　Courtroom 3, 17th Floor<br><br>Complaint Filed:  March 4, 2011 |

1   The Court, having considered the Stipulation to Postpone Briefing Schedule and Case
2   Management Conference and Extend Page Limits, orders that Plaintiff shall amend her Complaint
3   no later than **May 20, 2011**; Defendants shall answer or otherwise respond to the Complaint no
4   later than **July 5, 2011;** Plaintiff shall respond to any motion to dismiss no later than **August 16,**
5   **2011**; and Defendants shall file any reply no later than **September 2, 2011**.
6   The hearing on any motion to dismiss shall be held on **Thursday, September 22, 2011, at**
7   **1:30 p.m.**  The initial Case Management Conference shall be postponed until **Thursday, August**
8   **11, 2011, at 10:00 a.m.**  This initial Case Management Conference will be continued by the
9   Court without further action by the parties if a motion to dismiss is filed.
10  The page limitation on memoranda of points and authorities should be extended for the
11  parties' briefing of any motion to dismiss.  Defendants The Regents of the University of
12  California, Mark Yudof, and Robert Birgeneau collectively shall be permitted to file a
13  memorandum of points and authorities of 35 pages in support of any motion to dismiss; Plaintiff
14  shall be permitted to file a memorandum of points and authorities of 35 pages to respond to such
15  motion to dismiss; and Defendants The Regents of the University of California, Mark Yudof, and
16  Robert Birgeneau collectively shall be permitted to file a memorandum of points and authorities
17  of 15 pages to reply.

19  DATED:  5/2/11              _____
20                              THE HONORABLE RICHARD SEEBORG
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA