MARK HIMELSTEIN (State Bar # 42552)
Attorney at Law
1936 University Ave., Suite 355
Berkeley, CA 94704
(510) 841-8575
(510) 845-3016 Fax
e-mail: mh@himellaw.com


GREGORY P. BROCK (State Bar # 181903)
Attorney at Law
2039 Shattuck Avenue, Suite 200
Berkeley, CA 94704
(510) 841-1171
(510) 841-1666 Fax
e-mail: BrockLawOffice@gmail.com

Attorneys for Associated Students
of the University of California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA FELBER and BRIAN MAISSY,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK G. YUDOF, PRESIDENT OF REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; ROBERT J. BIRGENEAU, CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; JONATHAN POULLARD, DEAN OF STUDENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; ASSOCIATED STUDENTS OF UNIVERSITY OF CALIFORNIA (ASUC);<br><br>Defendants. | Case No. C 11-01012 RS<br><br>**DEFENDANT ASSOCIATED STUDENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT [Fed. R. Civ. P. Rule 12(b)(6)**<br><br>Date: September 22, 2011<br>Time: 1:30 p.m.<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Complaint filed: March 4, 2011 |

TO PLAINTIFFS JESSICA FELBER AND BRIAN MASSEY AND TO THEIR ATTORNEYS OF RECORD, JOEL SIEGEL AND NEIL SHER:

NOTICE IS HEREBY GIVEN that on September 22, 2011 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 3, 17th Floor, of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA, Defendant, ASSOCIATED STUDENTS OF THE UNIVERSITY OF CALIFORNIA (ASUC), will move the Court for an order dismissing the First, Second, Third, Fourth, Fifth, Sixth, and Seventh Claims for Relief in the Complaint as against Defendant ASUC for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

The motion is based upon this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, and the Declaration of Mark Himelstein, filed and served herewith, and all papers, records, and documents on file in this action, and such evidence as may be presented at the hearing on the motion.

Dated: June 23, 2011

/s/ Mark H

MARK HIMELSTEIN,

Attorney for Defendant, ASUC