UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  9/22/11                              Time in Court: **35 min.**

**Case No.:** C 11-01012 RS

**Case Title:** Felber v. Yudof, et al.,

**Appearances:**

   For Plaintiff(s): Joel Siegal

   For Defendant(s): Michelle Friedland, Kathryn Eidmann, Gregory Brock,
                          Mark Himelstein

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Belle Ball

### PROCEEDINGS

Motion to Dismiss and Motion to Strike Hearing Held.

### SUMMARY

MOTION/MATTER:  ( ) Granted
                          ( ) Denied request for Preliminary Injunction.
                          ( ) Granted in part/Denied in part
                          **(X) Taken under submission**
                          ( ) Withdrawn/Off Calendar
                          ( ) Continued to:

Order to be prepared by:        ( ) Plaintiff   ( ) Defendant   **(X) Court**