# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: Felber, et al. v Yudof, et al.**

**CASE NO. C11-1012 RS (JSC)**

**COURTROOM DEPUTY**: Ada Means

**DATE**: **June 15, 2012** **TIME: 30 mins** **COURT REPORTER**: **Not Reported**

**COUNSEL FOR PLAINTIFF:**
**Joel Siegal**
**Neal Sher**

**COUNSEL FOR DEFENDANT:**
**Michelle Friedland**
**Margaret Wu**

---

**PROCEEDINGS**

[] SETTLEMENT CONFERENCE

[x ] FURTHER TELEPHONIC SETTLEMENT CONFERENCE

[ ] DISCOVERY CONFERENCE

[ ] STATUS CONFERENCE RE:

[ ] OTHER:

CASE CONTINUED TO:______________FOR_______________________

NOTES:

Discussions are ongoing.

cc:

*T=Telephonic Appearance