1 | BRADLEY S. PHILLIPS (State Bar No. 085263)
    KATHRYN EIDMANN (State Bar No. 268053)
2 | MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
3 | Los Angeles, CA 90071-1560
    Telephone:   (213) 683-9100
4 | Facsimile:    (213) 687-3702

5 | MICHELLE FRIEDLAND (State Bar No. 234124)
    MUNGER, TOLLES & OLSON LLP
6 | 560 Mission Street, 27th Floor
    San Francisco, CA 94105-2907
7 | Telephone:   (415) 512-4000
    Facsimile:    (415) 512-4077

8 | CHARLES F. ROBINSON (State Bar No. 113197)
9 | KAREN J. PETRULAKIS (State Bar No. 168732)
    MARGARET L. WU (State Bar No. 184167)
10 | OFFICE OF THE GENERAL COUNSEL
     UNIVERSITY OF CALIFORNIA
11 | 1111 Franklin Street
     Oakland, CA 94607
12 | Telephone:   (510) 987-9800
     Facsimile:    (510) 987-9757

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FELBER & BRIAN MAISSY,<br><br>          Plaintiffs,<br>  vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>          Defendant. | CASE NO.  CV 11-01012 RS<br><br>[~~PROPOSED~~] **ORDER DISMISSING WITH PREJUDICE ACTION IN ITS ENTIRETY**<br><br>Judge:    Hon. Richard Seeborg<br>Date:     N/A<br>Time:    N/A<br>Location: Courtroom 3, 17th Floor<br><br>Second Amended Complaint Filed:<br>          January 6, 2012 |

1  **IT IS ORDERED THAT**, this action, Case No. CV 11-01012 RS, is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: __7/23__ ___, 2012

By: _____

Hon. Richard Seeborg
United States District Judge

- 1 -

[PROPOSED] ORDER DISMISSING WITH
PREJUDICE ACTION IN ITS ENTIRETY
CV 11-01012 RS